ADOLPH LOEWENSTEIN, Respondent, v. BOSTON, NEW YORK AND SOUTHERN STEAMSHIP COMPANY, INC., Appellant.— In an action to recover damages for personal injuries sustained by respondent while he was a passenger on appellant's steamship, as the result of an assault committed upon him by other passengers, who were intoxicated, order for an examination of defendant before trial modified so as to provide that clause d of the first ordering paragraph shall read as follows: " That defendant failed and omitted to provide safeguards and to take measures to protect passengers from injury by other passengers; " and (2) by striking therefrom the second ordering paragraph, which directs defendant to produce records of disorders and assaults, if any, for one year prior to July 24, 1937, for the purpose of refreshing the recollection of the witness being examined; and as thus modified affirmed, without costs, the examination to proceed on five days' notice. In our opinion the order as thus modified will be in accordance with the law relating to such examinations. Hagarty, Davis, Adel, Taylor and Close, JJ., concur.

ALBERT A. MARCUS, Dr. ABRAHAM B. FISCHER, JOSEPH A. SCHAINES and LAWRENCE KURLAND, Respondents, v. JULES L. HAUT, Appellant.— Resettled order denying defendant's motion to strike out certain parts of a complaint in a suit in equity for an accounting, affirmed, with ten dollars costs and disbursements; defendant's answer to be served within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

JOSEPHINE MATTERA, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— In an action to recover damages for personal injuries alleged to have been sustained through the negligence of the defendant in the maintenance of its street car tracks and the adjacent pavement, judgment in favor of the defendant unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

MIRIAM H. MAYS, Respondent, v. ALEXIS T. MAYS, Defendant, Appellant, and ELIZABETH M. WANDA, Corespondent, Appellant.— On reargument December tenth, on behalf of corespondent, judgment unanimously affirmed, with costs against defendant-appellant husband. [See 252 App. Div. 889.] Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ. [See ante, p. 726.]